IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02034-MSK-KLM

MARILYN BAKER,

    Plaintiff,

v.

BAXA CORPORATION, a Colorado corporation,
DARYL OSBORN,
JIM RENDON,
LUIS AVILA, Employees or Former Employees of Baxa Corporation, and
JOHN DOES 1-3, Additional Employees or Former Employees of Baxa Corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Joint Motion to Amend Scheduling Order** [Docket No. 32; Filed October 28, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order [#22] is amended as follows: the discovery cut-off date is extended to November 30, 2010; the dispositive motions deadline is extended to December 30, 2010.

Dated: October 29, 2010