IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02034-MSK-KLM

MARILYN BAKER,

 Plaintiff,

v.

BAXA CORPORATION, a Colorado corporation,

 Defendant.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

 This matter is before the Court on Plaintiff's **Motion for Permission of Non-Party to Attend Settlement Conference** [Docket No. 54; Filed March 10, 2011] (the "Motion"). The Motion is unopposed.

 IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Plaintiff's husband, Tom Baker, may attend the Settlement Conference set for March 21, 2011 at 1:30 p.m.

Dated:  March 14, 2011